FEBRUARY 25, 1958.

No. 707.  WARREN PETROLEUM CORP. ET AL. *v.* INTERNATIONAL INDUSTRIES, INC.  On petition for writ of certiorari to the United States Court of Appeals for the

Third Circuit. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Dean Acheson* was on the stipulation for petitioners. With him on the petition were *Stanley L. Temko* and *Warren M. Sparks. John H. Poe* was on the stipulation for respondent. With him on a brief in opposition was *David F. Anderson.*